**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

TAMBERLEE L. BLUMENTRITT,

                           Plaintiff,

       vs.

LIBERTY LIFE  ASSURANCE COMPANY
OF BOSTON,

                    Defendants.

Civil Action No:
2:16-cv-01286-AJS

***Electronically Filed***

## STIPULATION FOR DISMISSAL

       As evidenced below by the signatures of counsel for all parties of record in this case and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree that any and all claims and counterclaims in this case be dismissed, with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

*/s/ Brian P. Bronson, Esquire*
Attorney for Plaintiff
QuatriniRafferty, P.C.
550 East Pittsburgh Street
Greensburg, PA 15601
Phone:  (724) 837-0080
Fax: (724) 837-1348
Email:  bpb@qrlegal.com

/s/*James P. Hollihan, Esquire*
Attorney for Defendant
Blank Rome LLP
501 Grant Street
Suite 850
Pittsburgh, PA 15219
Phone:  (412) 932-2805
Fax:  (412) 774-2874
Email:  jhollihan@blankrome.com

        IT IS SO ORDERED:

_____
Honorable Arthur J. Schwab
United States District Judge

- 1 -